JACK OSWALD (OSB #871330)
VIRGINIA G. MITCHELL (OSB #850681)
OSWALD & MITCHELL
12100 S.W. Allen Boulevard
Beaverton, Oregon 97005
oswaldmitchell@aol.com
T: (503) 626-7917 F: (503) 671-9398

Attorneys for Plaintiff
BRYAN BENNETT

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| BRYAN BENNETT, | CASE NO. 3:13-cv-01386-HU |
| Plaintiff, | STIPULATION AND ORDER APPROVING SETTLEMENT AND OF DISMISSAL |
| v. | |
| SKC INVESTMENT, INC., dba Club Heat, and MITCHELL STANLEY, | |
| Defendants. | |

## STIPULATION

Plaintiff and Defendants, by and through their respective counsel, having entered into a Settlement Agreement which both parties believe to be fair, stipulate to the dismissal of the above-entitled case with prejudice, subject to the approval by this Court of the Settlement Agreement executed between Plaintiff Bryan Bennett and Defendants SKC Investment, Inc., dba Club Heat, and Mitchell Stanley on November 10, 2014. Each of the parties hereto is to bear its own costs and attorneys' fees except as indicated in the Settlement

Agreement.

DATED: November 26, 2014                OSWALD & MITCHELL

/s/ Jack Oswald
Jack Oswald (OSB #871330)
Attorneys for Plaintiff
BRYAN BENNETT

DATED: November 26, 2014.              GORDON & REES LLP

/s/ Christopher E. Hawk
Christopher E. Hawk (OSB #061635)
Attorneys for Defendants
SKC INVESTMENT, INC. and MITCHELL STANLEY

**ORDER APPROVING SETTLEMENT AND OF DISMISSAL**

In accordance with the above stipulation, IT IS ORDERED that the Settlement Agreement executed between Plaintiff and Defendants on November 10, 2014 and submitted to the Court in camera in the above-referenced case is APPROVED, and therefore, the above-entitled case, including all claims and all parties, is DISMISSED with prejudice.

IT IS FURTHER ORDERED that each of the parties hereto is to bear its own costs and attorneys' fees except as indicated in the Settlement Agreement.

IT IS SO ORDERED.

DATED: 12/1/2014

Hon. Dennis J. Hubel
United Stated Magistrate Judge

CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing STIPULATION AND ORDER APPROVING SETTLEMENT AND OF DISMISSAL on the following:

Christopher E. Hawk, Esq.
Anne M. Milligan, Esq.
Gordon & Rees LLP
121 S.W. Morrison Street, Suite 1575
Portland, OR 97204

on November 26, 2014 by the ECF filing and service procedures.

DATED: November 26, 2014.

                Respectfully submitted,

                OSWALD & MITCHELL


        By /s/ Jack Oswald
          Jack Oswald (OSB # 87133)